Complaint Exhibit 7



**WOMBLE BOND DICKINSON**

Womble Bond Dickinson (US) LLP

555 Fayetteville Street
Suite 1100
Raleigh, NC 27601

t: 919.755.2100
f: 919.755.2150

October 30, 2023

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Wescor Farming, LLC
c/o Joseph Randall Eller
604 West Main Street
Independence, VA 24348

James S. Livermon, III
Partner
Direct Dial: 919-755-2148
Direct Fax: 919-755-6048
E-mail: Charlie.Livermon@wbd-us.com

Mr. Joseph Randall Eller
192 Summer Street
Jefferson, NC 28640

RE: *Notice of Acceleration and Demand for Payment of Indebtedness under those Promissory Notes pursuant to that certain Master Credit Agreement dated June 3, 2019 (as amended, modified and restated from time to time between Joseph Randall Eller and Wescor Farming, LLC (collectively, the "Borrowers") and Rabo AgriFinance LLC (the "Lender") (the "Loan Agreement" and together with all related promissory notes, security documents, and other loan documents, the "Loan") between Borrowers and Lender; and that certain Input Financing Application and Account Agreement dated February 27, 2020 (together with all related documents, the "Inputs Agreement" and collectively with the Loan, the "Loans" and the "Loan Documents").*

Greetings:

Our law firm represents Rabo AgriFinance LLC ("Lender") in connection with the above-referenced commercial loans to Joseph Randall Eller and Wescor Farming, LLC (collectively, the "Borrowers").

You are hereby notified that events of default exist under the terms and conditions of the Loans, including, but not limited to, failure to timely pay the Loans at maturity. Accordingly, the Loans are in default, have been accelerated and are now due and owing in full.

Demand is hereby made upon the Borrowers, jointly and severally, for the immediate payment of the unpaid principal, interest, fees and applicable charges. The outstanding balances of the Loans were as follows:

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/legal notices for further details.

WBD (US) 49606240v1



| Loan | Principal, Interest and Fees | Per Diem |
|---|---|---|
| Operating Line of Credit 1 (Loan No. 22117154) As of October 17, 2023 | $9,649,856.53 | $4,637.96 |
| Input Financing Loan (Loan No. 748526-12001) As of October 6, 2023 | $185,766.59 | $80.49 |
| Input Financing Loan (Loan No. 748526-11003) As of October 6, 2023 | $216,754.32 | $94.49 |

The amounts reflected above are being provided to you for informational purposes only. Rabo expressly reserves the right to recalculate these amounts in accordance with the terms of the Loan Documents or as otherwise permitted or authorized by applicable law. In addition, you will liable for all costs, fees and expenses incurred in collecting the indebtedness, including reasonable attorneys' fees.

As a result of the Events of Default, you must reimburse Rabo for any and all Legal Fees, costs and expenses paid by Rabo or incurred in connection with the enforcement of these Loans, whether or not suit is filed against you.

As a further result of the Events of Default, Rabo is entitled to exercise its rights and remedies under the Loan Documents and applicable law, including, but not limited to, payment of default interest, appointment of a receiver and enforcement of its rights against the collateral securing the Loans. Effective May 1, 2023, interest on the Loans shall accrue at the rate equal to the contractual rate plus 10% (the "Default Rate").

Notwithstanding the foregoing, Rabo does not waive these existing Events of Default and Rabo reserves any and all rights and remedies under any documents, or available at law or in equity. No forbearance, delay or inaction by Rabo in the exercise of its rights and remedies, and no continued performance by Rabo or the Borrowers, including the tendering and/or accepting of payments on the loan: (a) shall constitute: (i) a modification or an alteration of the terms, conditions or covenants of the Agreements or any of the Loan Documents, all of which remain in full force and effect; or (ii) a waiver, release or limitation upon Rabo's exercise of any of its rights and remedies thereunder, all of which are hereby expressly reserved; or (b) shall relieve or release any Borrower in any way from any of its respective duties, obligations, covenants or agreements under the Agreements or the Loan Documents or from the consequences of the Events of Default described above or any other Event of Default thereunder. Terms used in this letter and defined in the Loan Documents shall have the same meaning as they do in the Loan Documents.

WBD (US) 49606240v1



If you have any questions or wish to discuss this matter in further detail, please have your attorney call me at his earliest opportunity.

Best regards,

**Womble Bond Dickinson (US) LLP**

James S. "Charlie" Livermon, III
Partner

cc: Mr. Jeff Hanson, Rabo AgriFinance LLC (via email)
Michael E. Hastings, Esq. (via email)