Complaint Exhibit 19

**Wescor / Eller - Unsold Parcels**

| Year | Owner | County | Description | Parcel | Acres |
|---|---|---|---|---|---|
| **VIRGINIA** | | | | | |
| 1990 | DD&R | Grayson | Before Sugar Shack Rd. | 74-A-118B | 6.000 |
| 2005 | DD&R | Grayson | Sugar Shack | 75-A-2A | 5.554 |
| 2005 | DD&R | Grayson | Sugar Shack | 75-A-2 | 15.477 |
| 1990 | DD&R | Grayson | Sugar Shack Rd./ SR 693 | 55-A-27 | 12.340 |
| 1990 | DD&R | Grayson | Sugar Shack Rd./joins 118B | 75-A-1 | 100.000 |
| 1990 | DD&R | Grayson | Sugar Shack Rd./Piney Wood West | 75C-1-6 | 2.029 |
| 1990 | DD&R | Grayson | Sugar Shack Rd./Piney Wood West | 75C-1-4 | 2.045 |
| 1990 | DD&R | Grayson | Sugar Shack Rd./Piney Wood West | 75C-1-5 | 2.137 |
| 2004 | DD&R | Grayson | Osborne's Motel Main | 73A4-5-3 | 1.105 |
| 2006 | DD&R | Grayson | Osborne's Motel Main | 73A4-5-6 | 0.904 |
| 2004 | ELK | Grayson | Osborne's House | 73A4-5-1 | 0.201 |
| 2004 | ELK | Grayson | Osborne's House | 73A4-5-2 | 0.301 |
| 2004 | ELK | Grayson | Osborne's | 73A-4-5-8 | 1.192 |
| 2004 | ELK | Grayson | Osborne's | 73A4-5-9 | 1.052 |
| 2004 | ELK | Grayson | Osborne's Main Lots | 73A4-5-10 | 1.826 |
| 2004 | ELK | Grayson | Osborne's Main Lots | 73A4-5-11 | 0.704 |
| 2004 | ELK | Grayson | Osborne's | 73A4-PT1,2,3,4 | 0.38 |
| 1993 | ELK | Grayson | House at Old Saw Mill | 73A4-A-3 | 1.58 |
| 2000 | ELK | Grayson | Barry's Exteriors, Inc. (Fox Creek) | 48-A-16A | 38 |
| 2003 | ELK | Grayson | Terry G. Howell | 47-A-136C | 10.217 |
| 2003 | ELK | Grayson | Gerald Cornett | 47-A-129 | 41.385 |
| 2003 | ELK | Smyth -LU | Lick Creek | 11-A-36 | 105.10 |
| 2003 | ELK | Washington-LU | Dixie Bauman | 111-A-31 | 74.10 |
| 2015 | JRE | Carroll | Vannoy & JRE | 49-A-139 | 6.39 |
| 1994 | ETAL | Grayson | Pine Mtn. - Jake - JRE | 38-A-38B | 53.68 |
| 2021 | JRE/Black | Grayson | 604 W. Main Street - 1/2 | 73A2-2-2, 3 | 0.18 |
| **NORTH CAROLINA** | | | | | |
| 2022 | D&R Land | Yadkin | Yadkin Land | PIN486601167205 | 6.75 |
| 2022 | D&R Land | Yadkin | Yadkin Land | PIN486601156716 | 4.95 |
| 1998 | ELK | Surry | Haymore-Dobson | 4976-00-18-8135 | 4.00 |