IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Statesville Division)
Civil Case No. 5:25-cv-00065

| | |
|---|---|
| RABO AGRIFINANCE LLC, | )<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )<br>) **JOINT STIPULATION AND CONSENT** |
| WESCOR FARM OPERATIONS, LLC f/k/a WESCOR FARMING, LLC; JOSEPH RANDALL ELLER; DD&R LAND HOLDINGS, LLC; D&R LAND HOLDINGS, LLC and ELK CREEK LAND HOLDINGS, LLC, | ) **TO APPOINTMENT OF RECEIVER**<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

Plaintiff, RABO AGRIFINANCE LLC ("Plaintiff") and Defendants WESCOR FARM OPERATIONS, LLC F/K/A WESCOR FARMING, LLC, JOSEPH RANDALL ELLER, DD&R LAND HOLDINGS, LLC, D&R LAND HOLDINGS, LLC and ELK CREEK LAND HOLDINGS, LLC (collectively, the "Defendants"), by and through their respective counsel, hereby respectfully submit this joint stipulation and consent to the appointment of a receiver as sought under Plaintiff's Consensual Motion for Appointment of Receiver (the "Motion") filed on April 29, 2025 (Doc. 2). In support thereof, the parties offer to the Court the following stipulations:

1. Plaintiff and Defendants have worked collaboratively for almost two years to effectuate an orderly liquidation of certain assets of Defendants to reduce and pay the indebtedness owed to Plaintiff. Those efforts have resulted in the significant reduction of debt owed to not only Plaintiff but also the satisfaction of debts owed to other creditors.

1

2. As part of the orderly liquidation process, Plaintiff and Defendants entered into a Forbearance Agreement that directed Defendants to develop and implement a plan to promptly market and sell certain assets. Despite Defendants' best intentions, marketing efforts and sales were slow to materialize, resulting in a modification of the Forbearance Agreement and ultimately the November 2024 notice of default and termination of the Forbearance Agreement. Plaintiff informed Defendants at that time of its intent to move forward with this action and the request for the appointment of a receiver.

3. Shortly thereafter, Defendants (and other related entities who are not parties to this action) were able to secure contracts for the sale of a number of properties. Plaintiff delayed bringing this action to allow those sales to close, all of which have now occurred.

4. At this time, no new sales are pending nor on the horizon. Therefore, Plaintiff made the decision to move forward with this action and to seek the appointment of a receiver. Plaintiff advised Defendants' counsel of that decision as soon as the decision was made, which was almost a month ago.

5. Since that time Plaintiff, through its counsel, James S. Livermon, III with the law firm of Womble Bond Dickinson (US) LLP, and Defendants, through their counsel, Michael E. Hastings with the law firm of Woods Rogers Vandeventer Black PLC, have been in constant contact, oftentimes communicating by phone and email multiple times in a day. Plaintiff provided drafts of its complaint, the receivership motion and the proposed order appointing the receiver to Mr. Hastings for his review, comment and input. His comments and suggested revisions were incorporated into the final drafts. Mr. Hastings further reaffirmed his clients' consent to the appointment of the receiver, the last reaffirmation coming the day before this action and this Motion were filed.

6. Plaintiff's counsel emailed courtesy copies of the filed Complaint, Motion, Memorandum of Law and supporting affidavit to Defendants' counsel on April 29, 2025, the same day they were filed with this court.

**FOR THE PLAINTIFF:**

**WOMBLE BOND DICKINSON (US) LLP**

By: /s/ James S. Livermon, III
JAMES S. LIVERMON, III
N.C. State Bar No. 26492
Email: Charlie.Livermon@wbd-us.com
Eudora F.S. Arthur
N.C. State Bar No. 59854
Email: Dorie.Arthur@wbd-us.com
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2148
Facsimile: (919) 755-6048

**FOR THE DEFENDANTS:**

**WOODS ROGERS VANDEVENTER BLACK PLC**

By: /s/ Joshua F. P. Long

Joshua F. P. Long (NC Bar #26497)
10 S. Jefferson Street, Suite 1800
Roanoke, Virginia 24011
Phone: (540)983-7725
Fax: (540)983-7711
Josh.long@woodsrogers.com

/s/ Michael E. Hastings
Michael E. Hastings
VA State Bar No. 36090
Email: michael.hastings@woodsrogers.com
10 S. Jefferson Street, Suite 1800
Roanoke, VA 24011
Telephone: (540) 983-7568
Facsimile: (540) 322-3417

3