# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:25-CV-065-KDB-DCK

| | |
|---|---|
| RABO AGRIFINANCE LLC, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| WESCOR FARM OPERATIONS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Certificate Of Settlement Conference" (Document No. 8) filed May 6, 2025. This filing has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The parties indicate that "they have not yet reached settlement but believe they may be able to do so," and seek an extension of sixty (60) days "to conduct the Mediation and/or engage in additional settlement discussions. (Document No. 8). Having carefully considered the parties' "Certificate Of Settlement Conference" and the record, the undersigned will <u>grant</u> the requested stay.

**IT IS, THEREFORE, ORDERED** that this matter is **STAYED**. The parties shall continue their efforts to reach an early resolution of this case and then file a Notice Of Settlement or a Joint Status Report on or before **July 7, 2025.**

**IT IS FURTHER ORDERED** that Defendants' counsel shall file a Notice Of Appearance on or before **May 9, 2025**.

**SO ORDERED**.

Signed: May 6, 2025

David C. Keesler
United States Magistrate Judge